```
CAMPINS BENHAM-BAKER LLP
JULIA CAMPINS (SBN 238023)
HILLARY BENHAM-BAKER (SBN 265019)
935 Moraga Road, Suite 200
Lafayette, CA 94549
Telephone:  415.373.5333
Facsimile:  415.373.5334

Attorneys for Plaintiff
MARTHA DINIZ

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
DONALD P. SULLIVAN (SBN 191080)
525 Market Street - 17th Floor
San Francisco, California  94105
Telephone:    (415) 433-0990
Fax:          (415) 434-1370

Attorneys for Defendant
PRINCIPAL LIFE INSURANCE
COMPANY
```

# UNITED STATES DISTRICT COURT

## NORHTERN DISTRICT OF CALIFORNIA

### OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA DINIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 3:15-cv-04909-LB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE;** [~~PROPOSED~~] ORDER |

**IT IS HEREBY STIPULATED** by and between the Plaintiff MARTHA DINIZ and

Defendant PRINCIPAL LIFE INSURANCE COMPANY, by and through their counsel of record

herein, that the above-captioned action is dismissed with prejudice in its entirety.  The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

Dated: January 13, 2016          CAMPINS BENHAM-BAKER LLP

                                 By:  */s/ Hillary Benham-Baker*_____
                                      Hillary Benham-Baker
                                      Attorneys for Plaintiff MARTHA DINIZ

Dated: January 13, 2016          WILSON ELSER MOSKOWITZ
                                  EDELMAN & DICKER LLP

                                 By: */s/ Donald P. Sullivan*_____
                                     Donald P. Sullivan
                                     Attorneys for Defendant
                                     PRINCIPAL   LIFE   INSURANCE   COMPANY

    Pursuant to Local Rule 5-1(i), I hereby attest that the signatories above have concurred in the filing of this document.
                                 */s/ Hillary Benham-Baker*_____
                                 Hillary Benham-Baker

**IT IS SO ORDERED:**

DATED: January 19, 2016

                                 _____
                                 HON. LAUREL BEELER
                                 MAGISTRATE JUDGE

2
STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER
Case No.  3:15-cv-04909-LB